

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00191-CV

_____

MASONRY MINORITY CONTRACTORS INC., Appellant

V.

NATIONWIDE INSURANCE, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2024-001602-1

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion to Dismiss Appellant's Appeal."  We grant the motion and dismiss the appeal with prejudice.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered:  December 23, 2025